UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INTERCEPTION OF WIRE COMMUNICATIONS<br>_____/ | CR. NO. S-07-SW-331 LKK |
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>MIGUEL EDWARDO VASQUEZ, et al.,<br><br>              Defendants.<br>_____/ | CR. NO. S-08-212 GEB<br><br><u>RELATED CASE ORDER</u> |

    Examination of the above-entitled actions reveals that the two (2) actions are related within the meaning of Local Rule 83-123, E.D. Cal. (1997).  For the reasons set forth in the government's Notice of Related Cases, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

    The parties should be aware that relating the cases under

1  Local Rules 83-123 merely has the result that the actions are
2  assigned to the same judge; no consolidation of the actions is
3  effected.  Under the regular practice of this court, related cases
4  are generally assigned to the judge to whom the first filed action
5  was assigned.
6      IT IS THEREFORE ORDERED that the action denominated CR. NO.
7  S-08-212 GEB be, and the same hereby is, reassigned to Judge
8  Lawrence K. Karlton for all further proceedings.  Henceforth the
9  caption on all documents filed in the reassigned case shall be
10 shown as CR. NO. S-08-212 LKK, and any dates currently set in this
11 reassigned case only are hereby VACATED.
12     IT IS FURTHER ORDERED that the Clerk of the Court make
13 appropriate adjustment in the assignment of criminal cases to
14 compensate for this reassignment.
15     IT IS FURTHER ORDERED that a status conference is set for July
16 22, 2008 at 9:30 a.m.
17     DATED: May 21, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2