```
                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

       v.                                    CIV. NO. S-08-989 JAM/KJM

REAL PROPERTY LOCATED AT
2275 ATRISCO CIRCLE, SACRAMENTO,
CALIFORNIA, SACRAMENTO COUNTY,
APN: 225-0883-026-0000,
INCLUDING ALL APPURTENANCES
AND IMPROVEMENTS THERETO,

                Defendant.
_____/
UNITED STATES OF AMERICA,

                Plaintiff,

       v.                                    CIV. NO. S-08-990 GEB/EFB

REAL PROPERTY LOCATED AT
5960 14TH AVENUE, SACRAMENTO,
CALIFORNIA, SACRAMENTO COUNTY,
APN: 021-0051-009-0000,
INCLUDING ALL APPURTENANCES
AND IMPROVEMENTS THERETO,

                Defendant.
_____/
////
```

1

```
 1  UNITED STATES OF AMERICA,

 2                  Plaintiff,

 3       v.                                  CIV. NO. S-08-991 MCE/GGH

 4  REAL PROPERTY LOCATED AT
    AT 4201 CAMERON ROAD, CAMERON
 5  PARK, CALIFORNIA, EL DORADO
    COUNTY, APN: 109-151-26-100,
 6  INCLUDING ALL APPURTENANCES
    AND IMPROVEMENTS THERETO,
 7
                    Defendant.
 8  _____/
    UNITED STATES OF AMERICA,
 9
                    Plaintiff,
10
         v.                                  CIV. NO. S-08-992 MCE/GGH
11
    REAL PROPERTY LOCATED AT 2840
12  STROLLING HILLS ROAD, CAMERON
    PARK, CALIFORNIA, EL DORADO
13  COUNTY, APN: 109-151-30-100,
    INCLUDING ALL APPURTENANCES
14  AND IMPROVEMENTS THERETO,

15                  Defendant.
    _____/
16  UNITED STATES OF AMERICA,

17                  Plaintiff,

18       v.                                  CIV NO. S-08-987 JAM/DAD

19  REAL PROPERTY LOCATED AT 1629
    CITRUS STREET, WEST SACRAMENTO,
20  CALIFORNIA, YOLO COUNTY,
    APN: 014-460-16, INCLUDING
21  ALL APPURTENANCES AND
    IMPROVEMENTS THERETO,
22
                    Defendant.
23  _____/

24  ////

25  ////

26  ////
```

2

```
 1  UNITED STATES OF AMERICA,
 2                    Plaintiff,
 3       v.                                CR. NO. S-08-212 LKK
 4  MIGUEL EDWARDO VASQUEZ, JR.,
    et al.,                                RELATED CASE ORDER
 5
                      Defendants.
 6  _____/
```

Examination of the above-entitled actions reveals that the cases are related within the meaning of Local Rule 83-123(a) (E.D. Cal. 1997). The civil forfeiture actions arise from the same law enforcement investigation and thus involve substantially the same events, transactions, and owners. In addition, the same affidavit was used to demonstrate probable cause for the Complaint for Forfeiture <u>In Rem</u> filed in each case listed above.

Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that the actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated CIV. NO. S-08-987 JAM/DAD, CIV. NO. S-08-989 JAM/KJM, CIV. NO. S-08-990 GEB/EFB, CIV. NO. S-08-991 MCE/GGH and CIV NO. S-08-992 MCE/GGH be,

1 and the same hereby are, reassigned to Judge Lawrence K. Karlton
2 and Magistrate Judge Dale A. Drozd for all further proceedings, and
3 any dates currently set in this reassigned case only are hereby
4 VACATED.
5    Henceforth, the caption on documents filed in the reassigned
6 cases shall be shown as CIV. NO. S-08-987 LKK/DAD, CIV. NO. S-08-
7 989 LKK/DAD, CIV. NO. S-08-990 LKK/DAD, CIV NO. S-08-991 LKK/DAD
8 and CIV. NO. S-08-992 LKK/DAD, respectively.
9    IT IS FURTHER ORDERED that the Clerk of the Court make
10 appropriate adjustment in the assignment of civil cases to
11 compensate for this reassignment.
12    DATED: June 3, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

4