```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LEXI NEGIN, D.C. Bar #446153
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    CAMERON JON CRAVEN
 6
```

7                IN THE UNITED STATES DISTRICT COURT

8                 FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,      )  No. 2:08-CR-00212-LKK
                                   )
11             Plaintiff,          )
                                   )  **ORDER AFTER HEARING**
12        v.                       )
                                   )
13  MIGUEL EDWARDO VASQUEZ et al., )  Judge: Hon. Lawrence K. Karlton
                                   )
14             Defendants.         )
    _____)
15

16       At the status conference held on July 22, 2008, all parties were
17  present and represented by counsel, except for Renee Lee Wright whose
18  appearance was waived and Daniel Nebel, Jr. who has not been taken into
19  custody as of this hearing date.
20       The Court granted the parties' request for additional time to
21  prepare and scheduled a further status conference as to all defendants
22  for Tuesday, September 23, 2008 at 9:30 a.m.  The Court ordered time
23  excluded from July 22, 2008 through and including September 23, 2008
24  pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(ii)(iv) (Local Code T2, T4)
25  in light of the ongoing complexity of the case.
26       IT IS SO ORDERED.
27  DATED: July 25, 2008
28
                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT