```
 1

 2

 3

 4

 5

 6

 7

 8                    IN THE UNITED STATES DISTRICT COURT

 9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,

11                    Plaintiff,

12          v.                              CIV. NO. S-08-989 LKK/DAD

13   REAL PROPERTY LOCATED AT
     2275 ATRISCO CIRCLE, SACRAMENTO,
14   CALIFORNIA, SACRAMENTO COUNTY,
     APN: 225-0883-026-0000,
15   INCLUDING ALL APPURTENANCES
     AND IMPROVEMENTS THERETO,
16
                      Defendant.
17   _____/
     UNITED STATES OF AMERICA,
18
                      Plaintiff,
19
            v.
20                                          CIV. NO. S-08-990 LKK/DAD
     REAL PROPERTY LOCATED AT
21   5960 14TH AVENUE, SACRAMENTO,
     CALIFORNIA, SACRAMENTO COUNTY,
22   APN: 021-0051-009-0000,
     INCLUDING ALL APPURTENANCES
23   AND IMPROVEMENTS THERETO,

24
                      Defendant.
25   _____/

26   ////
```

1

1  UNITED STATES OF AMERICA,

2                     Plaintiff,

3          v.                          CIV. NO. S-08-991 LKK/DAD

4  REAL PROPERTY LOCATED AT
   AT 4201 CAMERON ROAD, CAMERON
5  PARK, CALIFORNIA, EL DORADO
   COUNTY, APN: 109-151-26-100,
6  INCLUDING ALL APPURTENANCES
   AND IMPROVEMENTS THERETO,
7
                      Defendant.
8  _____/
   UNITED STATES OF AMERICA,
9
                      Plaintiff,
10
11         v.                          CIV. NO. S-08-992 LKK/DAD

   REAL PROPERTY LOCATED AT 2840
12 STROLLING HILLS ROAD, CAMERON
   PARK, CALIFORNIA, EL DORADO
13 COUNTY, APN: 109-151-30-100,
   INCLUDING ALL APPURTENANCES
14 AND IMPROVEMENTS THERETO,

15                    Defendant.
   _____/
16 UNITED STATES OF AMERICA,

17                    Plaintiff,

18         v.                          CIV NO. S-08-987 LKK/DAD

19 REAL PROPERTY LOCATED AT 1629
   CITRUS STREET, WEST SACRAMENTO,
20 CALIFORNIA, YOLO COUNTY,
   APN: 014-460-16, INCLUDING
21 ALL APPURTENANCES AND
   IMPROVEMENTS THERETO,
22
                      Defendant.
23 _____/

24 ////

25 ////

26 ////

                                 2

```
 1  UNITED STATES OF AMERICA,

 2                      Plaintiff,

 3          v.                            CR. NO. S-08-212 LKK

 4  MIGUEL EDWARDO VASQUEZ, JR.,
    et al.,
 5                      Defendants.
    _____/
 6  UNITED STATES OF AMERICA,

 7                      Plaintiff,

 8          v.                            Civ. S-08-2148 GEB/JFM

 9  APPROXIMATELY $180,534.29 IN
    U.S. CURRENCY SEIZED FROM SAFE
10  CREDIT UNION ACCOUNT NUMBER
    342139-00, AND,
11
    APPROXIMATELY $10,000.00 IN U.S.      RELATED CASE ORDER
12  CURRENCY SEIZED FROM SAFE CREDIT
    UNION ACCOUNT NUMBER 342139-20,
13
                        Defendants.
14  _____/
```

15      Examination of the above-entitled actions reveals that

16  the cases are related within the meaning of Local Rule 83-123(a)

17  (E.D. Cal. 1997).  The civil forfeiture actions arise from the same

18  law enforcement investigation and thus involve substantially the

19  same events, transactions, and owners.  In addition, the same

20  affidavit was used to demonstrate probable cause for the Complaint

21  for Forfeiture In Rem filed in each case listed above.

22      Accordingly, the assignment of the matters to the same judge

23  and magistrate judge is likely to effect a substantial savings of

24  judicial effort and is also likely to be convenient for the

25  parties.

26      The parties should be aware that relating the cases under

                                3

1    Local Rule 83-123 merely has the result that the actions are

2    assigned to the same judge and magistrate judge; no consolidation

3    of the actions is effected.  Under the regular practice of this

4    court, related cases are generally assigned to the judge and

5    magistrate judge to whom the first filed action was assigned.

6       IT IS THEREFORE ORDERED that the action denominated CIV. NO.

7    S-08-2148 GEB/JFM, and the same hereby is, reassigned to Judge

8    Lawrence K. Karlton and Magistrate Judge Dale A. Drozd for all

9    further proceedings, and any dates currently set in this reassigned

10   case only are hereby VACATED.

11      Henceforth, the caption on documents filed in the reassigned

12   case shall be shown as CIV. NO. S-08-2148 LKK/DAD,

13      IT IS FURTHER ORDERED that the Clerk of the Court make

14   appropriate adjustment in the assignment of civil cases to

15   compensate for this reassignment.

16      DATED:  September 17, 2008.

17

18

19                    LAWRENCE K. KARLTON

20                    SENIOR JUDGE
                      UNITED STATES DISTRICT COURT

21

22

23

24

25

26

4