IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.            CIV. NO. S-08-2782 MCE/KJM

APPROXIMATELY $715.00 IN
U.S. CURRENCY, AND

33 ASSORTED CASHIER'S CHECKS
VALUED AT APPROXIMATELY
$66,445.13 IN U.S. CURRENCY,

    Defendants.
_____/

UNITED STATES OF AMERICA,

    Plaintiff,

  v.            CR. NO. S-08-212 LKK

RENE WRIGHT, et al.,      <u>RELATED CASE ORDER</u>

    Defendants.
_____/

  Examination of the above-entitled actions reveals that the cases are related within the meaning of Local Rule 83-123(a) (E.D. Cal. 1997). The civil forfeiture action arises from the same

1

1  law enforcement investigation and thus involves substantially the
2  same events, transactions, and owners.
3       Accordingly, the assignment of the matters to the same judge
4  and magistrate judge is likely to effect a substantial savings of
5  judicial effort and is also likely to be convenient for the
6  parties.
7       The parties should be aware that relating the cases under
8  Local Rule 83-123 merely has the result that the actions are
9  assigned to the same judge and magistrate judge; no consolidation
10 of the actions is effected.  Under the regular practice of this
11 court, related cases are generally assigned to the judge and
12 magistrate judge to whom the first filed action was assigned.
13      IT IS THEREFORE ORDERED that the action denominated CIV. NO.
14 S-08-2782 MCE/KJM, be, and the same hereby is, reassigned to Judge
15 Lawrence K. Karlton and Magistrate Judge Dale A. Drozd for all
16 further proceedings, and any dates currently set in this reassigned
17 case _only_ are hereby VACATED.
18      Henceforth, the caption on documents filed in the reassigned
19 case shall be shown as CIV. NO. S-08-2782 LKK/DAD.
20      IT IS FURTHER ORDERED that the Clerk of the Court make
21 appropriate adjustment in the assignment of civil cases to
22 compensate for this reassignment.
23      DATED: December 8, 2008.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2