IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )   CR. No. S-08-212-LKK
           Plaintiff,               )
                                    )
     v.                             )
                                    )   TIME EXCLUSION ORDER
MIGUEL VASQUEZ, et al.,             )
                                    )
           Defendants.              )
_____)

Upon the request of the government and the defendant, the Court continues the next status conference date from December 16, 2008 to March 3, 2009 at 9:15 a.m. All remaining defendants in the case are in plea discussion with the government. The continuance is necessary for counsel adequately to review the plea offers and conduct further investigation  Thus, the requested continuance is for effective and diligent preparation in this case.  Also the case involves a large volume of discovery and is therefore complex as well.

///
///
///
///

1  The Court finds that the interests of justice served by
2  granting this continuance outweigh the best interests of the
3  public and the defendant in a speedy trial.  18 U.S.C. § 3161
4  (h)(8)(B)(iv) (local code T-4) and time, therefore, will be
5  excluded from December 16, 2008 through March 3, 2009.

DATE: December 17, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT