
UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> DAMONE DEGGINS BLOCK, ) <br> ) <br> Defendant. ) | Case No. CR.S-08-0212-LKK <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release DAMONE DEGGINS BLOCK, Case No. CR.S-08-0212-LKK from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $200,000.00.

    _X_ Appearance Bond with Surety

    ___ Unsecured Appearance Bond (Interim)

    _X_ (Other) <u>Conditions as stated on the record</u>

    _X_ (Other) <u>The Defendant is ordered released on 03/09/09 at 8:30 a.m. to the custody of the Pretrial Services Officer for transport to the Effort drug treatment facility.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>March 6, 2009</u> at <u>1:40pm</u>.

By _____
Edmund F. Brennan
United States Magistrate Judge