BRUCE LOCKE (#177787)
Moss & Locke
800 Howe Avenue, Suite 110
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
MIGUEL EDUARDO VASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.  CR. S-08-212 LKK |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| | ) | ORDER CONTINUING THE |
| v. | ) | DATE FOR SENTENCING FROM |
| | ) | JUNE 21, 2011 TO JULY 19, 2011 |
| MIGUEL EDUARDO VASQUEZ, | ) | AT 9:15 A.M. |
| | ) | |
| Defendant. | ) | |

<u>Stipulation</u>

The defendant by and through his attorney, Bruce Locke, and the United States by and through its attorney, Richard Bender, hereby stipulate that the date for sentencing for Miguel Vasquez currently scheduled for June 21, 2011 at 9:15 a.m., should be continued to July 19, 2011 at 9:15 a.m. The reason for the continuance is that Mr. Vasquez is located at the Nevada County Jail and defense counsel needs additional time to review the Pre-Sentence Report with hin.

Informal objections shall be file by May 24, 2011.  The Pre-Sentence Report shall be filed with the Court by June 7, 2011.  Formal Objections shall be filed by June 21, 2011 and Replies or Statements of Non-Objection shall be filed by July 5, 2011.

DATED: May 16, 2011              /S/  Bruce Locke
                                 BRUCE LOCKE
                                 Attorney for Miguel Vasquez

1

DATED: May 16, 2011                              /S/ Bruce Locke
                                                For Richard Bender
                                                Assistant United States Attorney

### Order

For the reasons stated in the parties' stipulation, the Court hereby orders that the date for sentencing is continued from June 21, 2011 to July 19, 2010, at 9:15 a.m., and the schedule set forth above for disclosure of the Pre-Sentence Report is hereby adopted.

IT IS SO ORDERED.

DATED: May 20, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2